IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SONNY HENRY,

Plaintiff,

v.

STATE OF WISCONSIN, et al.,

Defendant.                                                              No. 08-696-DRH

ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. On October 28, 2009, Magistrate Judge Frazier granted Plaintiff's leave to file an amended Complaint (Doc. 29). On November 3, 2009, Plaintiff subsequently filed his First Amended Complaint (Doc. 30). Thus, the Court **DENIES as moot** Defendants State of Wisconsin, Gary Langhoff, and James Bolgert's Motion to Dismiss or Set Aside (Doc. 15) and Defendant Sheboygan County Child Support Agency's Motion to Dismiss or Set Aside (Doc. 20).

**IT IS SO ORDERED.**

Signed this 29th day of December, 2009.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**